# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jorge Sanchez Vargas,

Petitioner,

v.

**John Mattos**, Warden of Nevada Southern Detention Center;
**Ruben Leyva,** Acting Director of the Salt Lake City Field Office for Enforcement and Removal Operations of U.S. Immigration and Customs Enforcement;
**Todd Lyons,** Acting Director of U.S. Immigration and Customs Enforcement;
**Markwayne Mullins,** Secretary of the Department of Homeland Security;
**Todd Blanche,** U.S. Attorney General,

Respondents.

Case No. 2:26-cv-02843-ART-DJA

**ORDER GRANTING**

**STIPULATION TO EXTEND MOTION DEADLINES**

**(FIRST REQUEST)**

IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender ALLIE WILSON, counsel for JORGE SANCHEZ VARGAS, Attorney General Todd Blanche, and Special United States Attorney MARTIN J. MAYER, counsel for the United States of America, that the deadline for the Response to the Amended

Petition be extended to October 30, 2026, and the deadline for the Reply to the Amended Petition be extended to November 6, 2026. This is the first stipulation for an extension of the response and reply deadlines.

The Court appointed the Federal Public Defender as counsel on September 10, 2026 (ECF No. 3), and the Amended Petition was filed on October 16, 2026.

Under this Court's Order and local rules, undersigned counsel emailed counsel for the Respondents, AUSA Martin J. Mayer on October 23, 2026, to confer about the deadlines. The parties came to the above-summarized agreement.

This motion is not filed for the purpose of delay. Undersigned counsel will be unavailable on the current reply deadline, and the parties have negotiated the deadlines in good faith to accommodate counsel's schedule and to ensure continuity of counsel for the Petitioner.

Dated October 23, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Allie Wilson*
ALLIE WILSON
Assistant Federal Public Defender
Counsel for Jorge Sanchez Vargas

TODD BLANCHE
Attorney General

By: */s/Martin J. Mayer*
MARTIN J. MAYER
Special United States Attorney
Counsel for the Government

**ORDER**

IT IS THEREFORE ORDERED that the deadline for the Response to Amended Petition be extended to and including October 30, 2026, and the deadline for the Reply to the Amended Petition be extended to and including November 6, 2026.

DATED this 26th day of October, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE